IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL BROCK
ADC #662223                                                                PLAINTIFF

v.                             No. 3:22-cv-201-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center and
MARTY BOYD, Sheriff, Craighead County                     DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Brock hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2022