IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MICHAEL BROCK
ADC #662223                                                              PLAINTIFF

v.                          No. 3:22-cv-201-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center and
MARTY BOYD, Sheriff, Craighead County                 DEFENDANTS

## JUDGMENT

Brock's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2022